UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-00182-SEB-MJD |
| | ) | |
| JAVED RICHARDS, | ) -01 | |
| | ) | |
| Defendant. | ) | |

### ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE

Defendant has moved for a continuance of the June 30, 2025, trial date [Dkt. 22]. The Court, having considered said motion and being duly advised in the premises, finds that said motion is meritorious and should be granted.

IT IS THEREFORE ORDERED that the June 30, 2025, trial date is VACATED. This action is REASSIGNED for trial on Monday, October 27, 2025, at 9:30 a.m. in Room 216 U.S. Courthouse, Indianapolis, Indiana.

Additionally, the Court finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the continuance requested outweigh the best interest of the public and the defendant in a speedy trial and also finds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), that the failure to grant the continuance requested would deny the defendant reasonable time to effectively prepare for trial. Accordingly, the period of delay from the date of this Order through and including October 27, 2025, shall be excluded in computing the time within which the trial of this action must commence.

**IT IS SO ORDERED.**

Date: 6/6/2025

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Jennifer Lukemeyer
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jlukemeyer@voyleslegal.com

Tiffany Jacqueline Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
tiffany.preston@usdoj.gov

James H. Voyles
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jvoyles@voyleslegal.com