UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-00182-SEB-MJD |
| | ) | |
| JAVED RICHARDS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for January 5, 2026**

The defendant has filed a petition to enter a plea of guilty and plea agreement. IT IS, THEREFORE, ORDERED that the February 2, 2026 jury trial date previously assigned is VACATED. This cause will be assigned for hearing on the petition and for sentencing upon the disclosure of the pre-sentence report.

Distribution:

Jennifer Lukemeyer
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jlukemeyer@voyleslegal.com

James H. Voyles
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jvoyles@voyleslegal.com

Meredith Wood
DOJ-USAO
meredith.wood@usdoj.gov