UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cr-00182-SEB-MJD |
| ) | |
| JAVED RICHARDS, ) -01 | |
| ) | |
| Defendant. ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for March 9, 2026**

This cause is set for a change of plea and sentencing hearing on April 21, 2026, at 10: 15 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.


Distribution:

Jennifer Lukemeyer
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jlukemeyer@voyleslegal.com

James H. Voyles
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jvoyles@voyleslegal.com

Meredith Wood
DOJ-USAO
meredith.wood@usdoj.gov