**United States District Court**

Southern District of Indiana

Indianapolis Division

| | |
|---|---|
| United States of America<br>    Plaintiff,<br><br>v.<br><br>Javed Richards,<br>    Defendant. | Cause No. 1:24-cr-00182-SEB-MJD |

# ORDER

The Court, having been tendered Defendant, Javed Richards' Unopposed Motion to Continue which requests his guilty plea and sentencing hearing presently scheduled on April 21, 2026, at 10:15 a.m. be continued.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this cause be set for guilty plea and sentencing on May 19, 2026 at 10:15 a.m. in Room 216, United States Courthouse, Indianapolis, Indiana.

Date:   3/13/2026

*[Signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James H. Voyles
Jennifer M. Lukemeyer – Attorneys for Defendant

Meredith Wood - Assistant United States Attorney