UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-00182-SEB-MJD |
| | ) | |
| JAVED RICHARDS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for March 17, 2026**

The change of plea and sentencing hearing currently set for May 19, 2026, at 10:15 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana, will instead take place at 2:00 p.m.  **This is a time change only.**

Distribution:

Jennifer Lukemeyer
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jlukemeyer@voyleslegal.com

James H. Voyles
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jvoyles@voyleslegal.com

Meredith Wood
DOJ-USAO
meredith.wood@usdoj.gov