# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                      CASE NUMBER: 1:24-CR-182-SEB

JAVED RICHARDS,

      Defendant.

**STATEMENT IN SUPPORT OF ALLOWING DEFENDANT TO SELF-SURRENDER**

Comes now the defendant, by Counsel, and hereby states why this Court should allow him to self-report for his executed sentence at the designated facility within the Bureau of Prisons. Richards understands the presumption is not in his favor, but he would like to point out the following:

1. Richards has been released, by agreement of the parties, since being charged with this offense.

2. Richards has remained out of custody during the pendency of this case. He has been electronically monitored by United States Probation.

3. Richards has had no violations of his pretrial release. His adherence to the rules has been witnessed by not only by probation but by undersigned counsel. For instance, just recently Richards was asked to come to undersigned counsel's office to prepare for this sentencing. The demand for the meeting was only 2 days in advance of the meeting. On the morning of that meeting, he communicated with our office to indicate he had yet to

receive permission to leave and thus may not make the appointment. Undersigned counsel intervened and obtained the permission for him to leave his home to meet with counsel.

4. Richards consistently has adhered to the rules and has shown great respect for this Court's conditions of his release. He does not have any substance abuse issues. He has been in therapy. His loved ones know about the offense and upcoming sentencing date.

5. Richards has known he is facing a mandatory minimum sentence since the inception of the charges. His strict compliance evidence that he is not a flight risk, not a risk to the community nor a risk to himself.

6. This Court has the authority to allow him to self-surrender and that would be in the best interest of justice.

7. Richards will be requesting this Court recommend a facility in Florida, but he will remain in the Southern District of Indiana until a designation is made. He will then request this Court for permission to leave the Southern District of Indiana to directly report at the designated facility. The Court and pretrial services will always know of his whereabouts.

Respectfully submitted,

/s/ James H. Voyles
James H. Voyles
Attorney for the Defendant
Attorney No.: 631-49

/s/ Jennifer M. Lukemeyer
Jennifer M. Lukemeyer
Attorney for the Defendant
Attorney No.: 17908-49

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, a copy of the foregoing was filed electronically.

Service of this filing will be made on all ECF – registered counsel by operation of the court's

electronic filing system.  Parties may access this filing through the court's system.

/s/ Jennifer M. Lukemeyer
Jennifer M. Lukemeyer

**JAMES H. VOYLES**
**JENNIFER M. LUKEMEYER**
**VOYLES VAIANA LUKEMEYER BALDWIN & WEBB**
**ONE INDIANA SQUARE**
**211 NORTH PENNSYLVANIA STREET**
**SUITE 2400**
**INDIANAPOLIS, IN 46204**
**Telephone: (317) 632-4463**
**jlukemeyer@voyleslegal.com**