UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-00182-SEB-MJD |
| | ) | |
| JAVED RICHARDS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**The Honorable Sarah Evans Barker, Judge**
**Entry for May 19, 2026**

On this date, Defendant appeared in person, together with retained counsel James H. Voyles and Jennifer Lukemeyer, and the Government appeared by AUSA Meredith Wood, along with investigative agents Daniel Henson and Andrew Willman, for a change of plea and sentencing hearing. Ryan Harrold appeared on behalf of the United States Probation Office. The hearing was reported by Court Reporter, Gretchen Fox.

- The Defendant was advised of his rights and the possible penalties.

- The Court accepted the parties' Stipulated Factual Basis as an adequate basis for the plea.

- Defendant pleaded guilty to Count 1 of the Indictment.

- The Court accepted Defendant's guilty plea and Defendant was adjudged guilty of Count 1 of the Indictment.

- The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

- Sentence was imposed as stated on the record, including:

> Incarceration:  108 months
> Supervised Release: 5 years

Fine:  $0
Restitution:  See order dated May 19, 2026
Special Assessment: $100.00.

- The Defendant was advised of his right to appeal.

- The Government moved to dismiss Counts 2-6.  The Court granted same.

- Defendant is remanded to the custody of the United States Marshal Service.

- The Judgment is forthcoming.

- The proceedings were adjourned.

Distribution:

Jennifer Lukemeyer
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jlukemeyer@voyleslegal.com

James H. Voyles
VOYLES VAIANA LUKEMEYER BALDWIN & WEBB
jvoyles@voyleslegal.com

Meredith Wood
DOJ-USAO
meredith.wood@usdoj.gov